UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONY PANTALEON, | No.  2:24-cv-1649 DC SCR P |
| Petitioner, | |
| v. | <u>ORDER</u> |
| TRISTAN LEMON, | |
| Respondent. | |

Petitioner, through the assistance of a jailhouse lawyer, requested an extension of time to file an opposition to respondent's motion to dismiss filed on September 9, 2024. The motion also indicates that petitioner has not filed an opposition to date because he has not received a copy of the motion. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time (ECF No. 16) is granted.

2. Petitioner shall file an opposition to the motion to dismiss within sixty days from the date of this order.

3. Respondent is directed to re-serve a copy of the motion to dismiss on petitioner within 7 days from the date of this order and to file a new certificate of service on the docket demonstrating compliance with this order.

DATED: January 13, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE